**No. 850**

**First Circuit**

———

**EASTMAN ET UX. v. DEMOURELLE**

———

(June 30, 1931. Opinion and Decree.)

———

(*No Syllabus*)

J. M. Blache, Jr., of Hammond, attorney for plaintiffs, appellees.

Rownd & Warner, of Hammond, and Fred A. Blanche, of Baton Rouge, attorneys for defendant, appellant.

MOUTON, J. In this case, for the reasons given in the two consolidated cases, 135 So. 623, the judgment appealed from is affirmed.